# TRANSCRIPT ORDER

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
(Rev. 12/2016)

CJA counsel please complete an AUTH24 in CJA eVoucher
Please read instructions on next page.

COURT USE ONLY
NOTES:

| | |
|---|---|
| 1a. CONTACT PERSON FOR THIS ORDER<br>Tracey Bodway | 2a. CONTACT PHONE NUMBER<br>(612) 664-5858 |
| 3. CONTACT EMAIL ADDRESS<br>zzMNFDMailbox@fd.org | |
| 1b. ATTORNEY NAME (if different)<br>Manny K. Atwal | 2b. ATTORNEY PHONE NUMBER<br>(612) 664-5858 |
| 3. ATTORNEY EMAIL ADDRESS<br>manny_atwal@fd.org | |

4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)
Office of the Federal Defender
Suite 107 US Courthouse
300 South Fourth Street
Minneapolis, MN 55415

5. CASE NAME (Include defendant number, for criminal cases only)
US v Paul Hansmeier

6. CASE NUMBER
CR 16-334(1) (JNE/KMM)

7. COURT REPORTER NAME, if applicable
Maria Weinbeck

8. THIS TRANSCRIPT ORDER IS FOR (CHECK ALL THAT APPLY):   CJA: Do not use this form; use AUTH24 in CJA.
☐ APPEAL     X CRIMINAL     ☐ In forma pauperis (NOTE: Court order for TRANSCRIPTS must be attached)
☐ NON-APPEAL ☐ CIVIL        ☐ Standing Order (e.g. MDL)

9. TRANSCRIPT(S) REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested), format(s) & quantity and delivery type:

| a. HEARING(S) (OR PORTIONS OF HEARINGS) | | | b. SELECT FORMAT(S) NOTE: ECF access is included. | | | | c. DELIVERY TYPE | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DATE | JUDGE (initials) | PORTION If requesting less than full hearing, specify portion (e.g. witness or time) | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED | ORDINARY (30-day) | 14-Day | EXPEDITED (7-day) | DAILY (Next day) | HOURLY (2 hrs) | REALTIME |
| 3/6/17 | JNE | | 1 | | | | X | | | | | |

10. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC:
Ordering the COP hearing for co-defendant #2.

ORDER & CERTIFICATION (11. & 12.) By signing below, I certify that I will pay all charges (deposit plus additional).
11. SIGNATURE [signature]

12. DATE
3/6/2017
7 March 2017