UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 16-334(1) (JNE/KMM)

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>) | |
| ) | MOTION FOR DISCOVERY OF |
| v. ) | EXPERT UNDER RULE 16(a)(1)(G) |
| ) | |
| PAUL R. HANSMEIER, )<br>) | |
| Defendant. ) | |

Pursuant to Rule 16(a)(1)(G) of the Federal Rules of Criminal Procedure, the defendant, by and through his undersigned counsel, hereby moves the Court for a written summary of the expert testimony the government intends to use in the above-entitled trial. This summary must describe the witnesses' opinions, the bases and the reasons therefor, and the witnesses' qualifications all pursuant to Rule 16(a)(1)(G).

Dated: April 24, 2017

Respectfully submitted,

*s/ Andrew H. Mohring*

ANDREW H. MOHRING
Attorney ID No. 190731

MANNY K. ATWAL
Attorney ID No. 282029

Office of the Federal Public Defender
District of Minnesota
U.S. Courthouse, Suite 107
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5858