UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 16-334(1) (JNE/KMM) |
| | ) | |
| Plaintiff, | ) | |
| | ) | **MOTION TO CONTINUE TRIAL** |
| v. | ) | **AND EXCLUDE TIME UNDER THE** |
| | ) | **SPEEDY TRIAL ACT** |
| PAUL R. HANSMEIER, | ) | |
| | ) | |
| Defendant. | ) | |

Paul R. Hansmeier, through counsel, Manny K. Atwal, moves this Court for a continuance of the trial in the above-captioned matter. The current scheduled date for trial is September 11, 2017 and we are requesting the trial be scheduled for some time after April 23, 2018. The government does not object to this request. Counsel for Mr. Hansmeier needs additional time to investigate and prepare for trial. The discovery is voluminous and as such requires more time to review. Further, the government attorneys have upcoming trials: *United States v. Ruzicka et al* (16-cr-246 (JRT/FLN)); and U*nited States v. Flynn* (16-cr-347 (ADM/KMM)).

In support of this motion, Mr. Hansmeier moves to exclude time from today's date through April 23, 2018 from the Speedy Trial Act computations in this case, pursuant to 18 U.S.C. § 3161(h)(7)A). The grounds for this motion are set forth in the accompanying Statement of Facts in Support of Exclusion of Time Under Speedy Trial Act. A proposed order accompanies this motion.

Dated:   August 2, 2017             Respectfully submitted,

*s/ Manny K. Atwal*

MANNY K. ATWAL
Attorney No. 282029
Attorney for Defendant
Office of the Federal Defender
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415