UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 16-334(1) (JNE/KMM) |
| Plaintiff, | |
| v. | **STATEMENT OF FACTS IN SUPPORT OF EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT** |
| PAUL R. HANSMEIER, | |
| Defendant. | |

Pursuant to 18 U.S.C. ' 3161(h)(7)(A), I, Paul R. Hansmeier, the defendant in this case, agree to the following statement of facts in support of my motion to exclude time under the Speedy Trial Act:

My attorney needs additional time to review documents and prepare for the trial. As such, I request that the period of time from now until April 23, 2018 be excluded from the time in which I would otherwise have to be brought to trial on my case. I have discussed this matter with my attorney. I voluntarily make this request, with full knowledge of my rights under the Speedy Trial Act.

Dated: 7/31/17

PAUL R. HANSMEIER
Defendant

Dated: 8-1-2017

                                          MANNY K. ATWAL
                                        Attorney ID No. 282029
                                        Attorney for Defendant
                                        107 U.S. Courthouse
                                        300 South Fourth Street
                                        Minneapolis, MN 55415