# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 16-334(1) (JNE/KMM) |
| | ) | |
| v.              Plaintiff, | ) | |
| | ) | **NOTICE OF APPEARANCE** |
| PAUL R. HANSMEIER, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the Court's order appointing counsel, the undersigned attorney hereby notifies the Court and counsel that Manny K. Atwal shall appear as sole counsel of record for the above named defendant.   Andrew H. Mohring, former First Assistant Defender, is no longer with the Office of the Federal Defender for the District of Minnesota.

Dated:   August 3, 2017          *s/ Manny K. Atwal*
                                 MANNY K. ATWAL
                                 Attorney ID No.   282029
                                 Attorney for Defendant
                                 Office of the Federal Defender
                                 107 U.S. Courthouse
                                 300 South Fourth Street
                                 Minneapolis, MN 55415