UNITED STATES DISTRICT COURT
                        DISTRICT OF MINNESOTA

| UNITED STATES OF AMERICA, | ) | Criminal No. 16-334(1) (JNE/KMM) |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **MOTION FOR EXTENSION OF** |
| v. | ) | **TIME TO FILE OBJECTIONS TO** |
| | ) | **REPORT AND RECOMMENDATION** |
| PAUL R. HANSMEIER, | ) | |
| Defendant. | ) | |

Defendant, Paul R. Hansmeier, by and through his undersigned counsel, respectfully requests that this Court extend the time for which he is permitted to file objections to the Report and Recommendation issued by Magistrate Judge Menendez in this matter on July 24, 2017 (Doc. No. 66). Objections are due today and the defendant is respectfully requesting that the date for filing be extended until August 14, 2017. Counsel is further requesting a five-page extension to the line limits as set forth in Local Rule 72.2(c). This motion is being made because of the complicated legal issue raised in Mr. Hansmeier's motion to the dismiss the Indictment. (Doc. No. 48). Counsel has diligently worked to complete her objection to the R&R but due to the demands of her other cases and work related travel, additional time is needed.

Dated: August 7, 2017						Respectfully submitted,

							*s/ Manny K. Atwal*

							MANNY K. ATWAL
							Attorney ID No. 282029
							Attorney for Defendant
							Office of the Federal Defender
							107 U.S. Courthouse
							300 South Fourth Street
							Minneapolis, MN 55415